NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT PAUL WALSH,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1969

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-8080, Judge Grant Jaquith.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Robert Paul Walsh's unopposed motions to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b), ECF Nos. 9 and 11, with each side to bear its own costs, ECF No. 11-2 at 1,

IT IS ORDERED THAT:

(1) The motions are granted, and the appeal is dismissed.

2                                                          WALSH v. COLLINS

(2)  Each party shall bear its own costs.

FOR THE COURT



November 19, 2025                    Jarrett B. Perlow
      Date                              Clerk of Court

ISSUED AS A MANDATE: November 19, 2025